PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00095-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; FINDINGS AND ORDER |
| v. | |
| JUAN CORNELIO-BARAJAS, | COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties agree that—given the representations of counsel and as confirmed by the United States Probation Office—defendant JUAN CORNELIO-BARAJAS meets the standard for early termination of supervised release, as set forth in 18 U.S.C. § 3583(e)(1).

2. The parties further agree that CORNELIO-BARAJAS avers that he will be relocating permanently to Mexico within 48 hours of the termination of his supervised release.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 1, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ PAUL HEMESATH<br>PAUL HEMESATH<br>Assistant United States Attorney |
| Dated:  November 1, 2021 | /s/ RACHELLE BARBOUR<br>RACHELLE BARBOUR<br>Counsel for Defendant<br>JUAN CORNELIO-BARAJAS |

## FINDINGS AND ORDER

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges JUAN CORNELIO-BARAJAS for the reasons set forth above.

DATED:   November 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE